**Oscar COMBS, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

April 17, 1959.

Henry L. Spencer, Jackson, for appellant.

Jo M. Ferguson, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

This is a motion for an appeal from a judgment entered on a jury verdict returned against Oscar Combs. The latter was convicted in Breathitt Circuit Court for a second offense violation of the local option law. His punishment was fixed at a fine of $200 and 60 days in jail.

We have carefully considered the grounds urged for reversal and we conclude no prejudicial errors were committed in the trial of this case.

Wherefore, the motion is overruled and the judgment is affirmed.